**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

                                      Case No. 14-13968

      Plaintiffs,                       Hon. Victoria A. Roberts

v

BRINKER TEAM CONSTRUCTION CO., a Michigan
corporation and LARRY S. BRINKER, an individual,
jointly and severally,

      Defendants.

_____/

WALTER B. FISHER JR. (P51337)
FILDEW HINKS, PLLC
Attorneys for Plaintiffs
26622 Woodward Avenue
Suite 225
Royal Oak, MI  48067
(248) 837-1397
wfisher@fildewhinks.com

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK OF THE COURT:

     YOU ARE HEREBY NOTIFIED that the Complaint filed in this action is hereby voluntarily

dismissed with prejudice pursuant to FRCP 41 (a) (1).

FILDEW HINKS, PLLC

Dated: November 25, 2014                     By:     s/Walter B.  Fisher Jr.
                                                     26622 Woodward Avenue
                                                     Suite 225
                                                     Royal Oak, MI 48067
                                                     (248) 837-1397
                                                     wfisher@fildewhinks.com
                                                     P51337

J:\2001\0646\Dismissal with Prejudice  11-25-2014.wpd